Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO.:  4:11-cv-02222 - CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES (Proposed) |
| vs. | |
| KENNETH TEDORD LOONEY, individually and d/b/a LOONEY'S SOUTHERN SMOKEHOUSE a/k/a LOONEY'S SOUTHERN SMOKEHOUSE BAR B QUE; and HTHREEO, LLC, an unknown business entity d/b/a LOONEY'S SOUTHERN SMOKEHOUSE a/k/a LOONEY'S SOUTHERN SMOKEHOUSE BAR B QUE, | |
| Defendants. | |

THIS MATTER having come before the Court on Plaintiff's Motion to Strike Defendant

Kenneth Looney's Affirmative Defenses, and the Court having considered the pleadings and

been otherwise advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike is

**GRANTED AS UNOPPOSED** and Defendant's Affirmative Defenses are hereby striken

without leave to amend.

**IT IS SO ORDERED:**

-1-

**The Hon. Claudia Wilken**
**United States District Court**
**Northern District of California**

Dated: **9/23/2011**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S AFFIRMATIVE DEFENSES (Proposed) - CASE NO.:  4:11-cv-02222-CW