IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH TEDFORD LOONEY, doing business as Looney's Smokehouse, also known as Looney's Smokehouse Bar B Que, and HTHREEO, LLC, an unknown business entity, doing business as Looney's Smokehouse, also known as Looney's Smokehouse Bar B Que, <br><br> Defendants. <br> _____/ | No. C 11-2222 CW <br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DIRECTING DEFENDANT HTHREE, LLC TO SHOW CAUSE AS TO WHY A DEFAULT SHOULD NOT BE ENTERED <br> (Docket No. 30) |

    Plaintiff Joe Hand Promotions, Inc. moves for default judgment against Defendants Kenneth Tedford Looney and Hthreeo, LLC.  However, default has not been entered against Hthreeo.  Therefore, Plaintiff's motion for default judgment is DENIED without prejudice.

    Plaintiff has filed a certificate of service showing that Hthreeo was served on June 24, 2011 (Docket No. 14).  However, Hthree has not answered or otherwise responded to Plaintiff's complaint.

    Accordingly, the Court hereby orders Hthreeo to show cause why default judgment should not be entered against it. If Hthreeo does not respond within ten days of the date of this order, the Court will enter a default in favor of Plaintiff.

1      Plaintiff shall renew its motion for default if default is
2  entered against Hthreeo, within thirty days thereafter.
3      IT IS SO ORDERED.

Dated: 11/3/2011

                            CLAUDIA WILKEN
                            United States District Judge