IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH TEDFORD LOONEY, doing business as Looney's Smokehouse, also known as Looney's Smokehouse Bar B Que, and HTHREEO, LLC, an unknown business entity, doing business as Looney's Smokehouse, also known as Looney's Smokehouse Bar B Que,<br><br>    Defendants.<br>_____/ | No. C 11-2222 CW<br><br>ORDER DIRECTING THE CLERK TO ENTER DEFAULT AS TO DEFENDANT HTHREEO, LLC, AND DIRECTING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT |

    On July 7, 2011, Plaintiff Joe Hand Promotions, Inc. filed a certificate of service showing that Defendant Hthreeo, LLC was served on June 24, 2011. On November 3, 2011, the Court ordered Hthreeo to show cause why default should not be entered against it. The Court further stated that if Hthreeo did not respond within ten days of the order, the Court would enter default in favor of Plaintiff.

    Hthreeo has not responded to the Court's order to show cause and has not answered or otherwise responded to Plaintiff's complaint. Accordingly, the Court directs the Clerk to enter default against Hthreeo in favor of Plaintiff.

    Plaintiff shall renew its motion for default within thirty days after the Clerk enters default against Hthreeo. Upon filing, Plaintiff's motion will be referred to a Magistrate Judge,

pursuant to Civil Local Rule 72-1. Plaintiff's failure to comply with this order will result in the dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

Dated: 11/15/2011

CLAUDIA WILKEN
United States District Judge