IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,          No. C 11-02222 CW

    Plaintiff,                       ORDER OF REFERENCE
                                          TO MAGISTRATE
   v.                                     JUDGE

KENNETH TEDFORD LOONEY et al.,

    Defendants.
_____/

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. The hearing noticed for Thursday, January 26, 2012, is vacated. The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 12/22/2011                    _____
                                                  CLAUDIA WILKEN
                                                  United States District Judge

Cc: MagRef