IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,   No. C 11-02222 CW

    Plaintiff,   ORDER OF REFERENCE TO MAGISTRATE JUDGE

  v.

KENNETH TEDFORD LOONEY et al.,

    Defendants.
_____/

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, January 26, 2012, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 12/22/2011

CLAUDIA WILKEN
United States District Judge

Cc: MagRef